IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MATTHEW BRYAN SMART,

    Petitioner,

v.

CHATHAM COUNTY SHERIFF'S OFFICE,

    Respondent.

CIVIL ACTION NO.: 4:19-cv-244

**O R D E R**

After a careful and de novo review of the entire record, the Court concurs with the Magistrate Judge's October 30, 2019 Report and Recommendation, (doc. 3), to which Petitioner has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 3), as the opinion of the Court and **DISMISSES** Plaintiff's 28 U.S.C. § 2254 Petition **WITHOUT PREJUDICE**. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 23rd day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA