# United States District Court
## *Southern District of Georgia*

MATTHEW BRYAN SMART,

Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 4:19-cv-244

CHATHAM COUNTY SHERIFF'S OFFICE,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated January 23, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the 28 U.S.C. § 2254 Petition is dismissed without prejudice. Petitioner is not entitled to a Certificate of Appealability, and this case stands closed.

Approved by: _____

January 31, 2020

Date

Scott L. Poff

Clerk

*(By) Deputy Clerk*